

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-18-00971-CV

**IN THE INTEREST OF M.C.V. AND M.D.V.**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02539
The Honorable Eric Rodriguez, Judge Presiding

## O R D E R

The appellee's motion to abate the appeal is hereby MOOT.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court